IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LATONA J. VEAL,

          Plaintiff,        JUDGMENT IN A CIVIL CASE

v.                             13-cv-758-bbc

CHARLES P. WASKOW, AMY
KLEENFELDT, NESTOR S. RODRIGUEZ
and LINDA COVERT,

          Defendants.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure comply with Fed. R. Civ. P. 20.

| /s/ | 3/12/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |